UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARINA ISKHAKOVA, on behalf of herself and
all others similarly situated,                                                                JUDGMENT
                                                                                                              22-cv-01279-DG-SJB
            Plaintiff,

    v.

JC FRANCHISING GROUP, LLC,

            Defendant.
----------------------------------------------------------------X

        An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on August 18, 2022, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated August 1, 2022, dismissing Plaintiff's action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; it is

        ORDERED and ADJUDGED that Plaintiff's action is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York                                                    Brenna B. Mahoney
          August 19, 2022                                                         Clerk of Court

                                                                                          By:    */s/Jalitza Poveda*
                                                                                                   Deputy Clerk